IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARYANNE MCCAULEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-00764 |
| LC REAL ESTATE, LLC and ) | |
| LC RESTAURANT, LLC, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, MARYANNE MCCAULEY, and Defendants, LC REAL ESTATE, LLC and LC RESTAURANT, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of the entire action, with prejudice and that the parties have agreed to entry of an order of Joint Stipulation of Dismissal with Prejudice.  Each party is to bear their own fees and costs.

Respectfully submitted this 1st day of November, 2022.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        State Bar No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

/*s/*     Colin J. Pajda
Colin J. Pajda, Esq.
State Bar No. 71115MO
*Attorney for Defendants*
Thompson Coburn LLP
One US Bank Plaza, Suite 2700
St. Louis, Missouri  63101
(314) 552-6507
cpajda@thompsoncoburn.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 1st day of November, 2022.

 s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
State Bar No. 54538FL